# Court of Appeals
# of the State of Georgia

ATLANTA,  May 17, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1797.  YVONNE HICKMAN v. ROB CARPENTER.**

Yvonne Hickman sued Rob Carpenter in magistrate court.  The magistrate court entered judgment in favor of Carpenter, and Hickman appealed to superior court.  The superior court likewise found in favor of Carpenter.  Hickman then filed this direct appeal.  We, however, lack jurisdiction.  "[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Because Hickman did not follow the proper procedure for requesting discretionary review in this case, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/17/2012
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.


, *Clerk.*